UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TAMMY XUAN TANG,<br><br>Petitioner. | Case No. 20-mc-80063-SVK<br><br>**ORDER REGARDING PETITION FOR AMENDMENT OF NATURALIZATION CERTIFICATE**<br><br>Re: Dkt. No. 1 |

On March 17, 2020, Petitioner Tammy Xuan Tang filed a Petition for Amendment of Naturalization Certificate. Dkt. 1. Tang moves to correct the year of birth on her Naturalization Certificate from 1966 to 1964. *Id*. at 2. The Court identifies "United States Citizenship and Immigration Services ("USCIS"), District Director" as the Respondent.

Petitioner is **ORDERED** to serve a copy of the "Petition for Amendment of Naturalization Certificate," all accompanying exhibits, and a copy of this Order on USCIS in compliance with Federal Rule of Civil Procedure 4(i)(1) and (2). Petitioner must file proof of such service with this Court. USCIS shall file a response to the petition to amend Tang's certificate of naturalization within forty-five (45) days of service, and Petitioner may file a reply within thirty (30) days of any response. The Court will determine if a hearing is necessary once briefing is complete.

**SO ORDERED.**

Dated: March 17, 2020

SUSAN VAN KEULEN
United States Magistrate Judge