1   DAVID L. ANDERSON (CABN 149604)
    United States Attorney
2   SARA WINSLOW (DCBN 457643)
    Chief, Civil Division
3   CHRISTOPHER F. JEU (CABN 247865)
    Assistant United States Attorney
4
            450 Golden Gate Avenue, Box 36055
5           San Francisco, California 94102-3495
            Telephone: (415) 436-6985
6           FAX: (415) 436-6748
            Christopher.Jeu@usdoj.gov
7
    Attorneys for Respondent
8   United States Citizenship and Immigration Services

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN JOSE DIVISION

12
    In Re:  TAMMY XUAN TANG,              )  CASE NO. 20-mc-80063-SVK
13                                        )
            Petitioner,                   )  **STIPULATION TO EXTEND**
14                                        )  **DEADLINE TO RESPOND**
                                          )  **TO PETITION AND [~~PROPOSED~~] ORDER**
15                                        )
                                          )  Judge:  Hon. Susan Van Keulen
16                                        )
    _____)
17

18          The parties, by and through their counsel of record, hereby stipulate and agree as follows:

19          1.      On March 11, 2020, Petitioner Tammy Xuan Tang filed a Petition for Amendment of

20   Naturalization Certificate in Case No. 20-cv-1741.  On the same day, Petitioner filed an Amended

21   Petition.  *See* Case No. 20-cv-1741, Dkt. Nos. 1 and 2.

22          2.      On March 11, 2020, the Honorable Susan van Keulen issued a Scheduling Order, which

23   set the response date as "within 60 days of receipt of service of the summons and complaint."  Case No.

24   20-cv-1741, Dkt. No. 4.

25          3.      On or about March 11, 2020, the Court informed Petitioner that this type of case should

26   be filed as a civil miscellaneous filing, so the case should be re-filed.

27          4.      On March 17, 2020, Petitioner filed a Petition for Amendment of Naturalization

28
    STIPULATION TO EXTEND DEADLINE TO RESPOND TO PETITION AND [~~PROPOSED~~] ORDER
    CASE NO. 20-MC-80063 SVK
                                              1

1   Certificate in Case No. 20-mc-80063-SVK.  Dkt. No. 1.

2       5.     On March 17, 2020, the Honorable Susan van Keulen issued an Order Regarding Petition

3   for Amendment of Naturalization Certificate, which set the response date as "within forty-five (45) days

4   of service."  Case No. 20-mc-80063, Dkt. No. 2.

5       6.     Petitioner asserts that the Petition and Court's Standing Order were "delivered by

6   certified mail" on March 19, 2020.  Case No. 20-cv-80063, Dkt. No. 3.

7       7.     The United States Attorney's Office has a record of service of the Petition in Case No.

8   20-cv-1741.  However, the United States Attorney's Office's records have not confirmed that the

9   Petition in Case No. 20-cv-80063 was actually served.

10       8.     In order to amicably resolve the service issue and set the response date, the parties,

11   through their undersigned counsel, hereby agree and that the due date for the Response to the Petition in

12   Case No. 20-cv-80063 should be set at May 15, 2020.

13

14   DATED: May 7, 2020                 Respectfully submitted,

15                                   DAVID L. ANDERSON

16                                   United States Attorney

17                                   */s/ Christopher F. Jeu*
CHRISTOPHER F. JEU

18                                   Assistant United States Attorney

19                                     Attorneys for Respondent

20                                   United States Citizenship and
Immigration Services

21

22                                   */s/  Nguyen D. Luu*
NGUYEN D. LUU

23                                   Luu Law, P.C.

24                                   Attorney for Petitioner
Tammy Xuan Tang

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ~~PROPOSED~~ ORDER

Pursuant to the parties' stipulation and good cause having been shown, it is hereby ordered that the Response to the Petition is set at May 15, 2020.

IT IS SO ORDERED.

Dated: <u>May 8, 2020</u>

_____
Honorable Susan van Keulen
United States Magistrate Judge