UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TAMMY XUAN TANG, | Case No. 20-mc-80063-SVK |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING PETITION TO AMEND NATURALIZATION CERTIFICATE** |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, DISTRICT DIRECTOR, | Re: Dkt. No. 1 |
| Defendant. | |

On March 17, 2020, Petitioner Tammy Xuan Tang filed the instant petition asking this Court to amend her naturalization certificate, issued on July 10, 1991, to reflect her true date of birth. Dkts. 1, 1-1, 1-2. On May 12, 2020, Respondent United States Citizenship and Immigration Service ("USCIS") filed a statement of non-opposition. Dkt. 8. All parties have consented to the jurisdiction of the undersigned. Dkts. 9, 11.

This Court has subject matter jurisdiction to amend Tang's naturalization certificate. *See Trinh v. United States Citizenship and Immigration Services*, No. 14-mc-80337-MEJ, 2015 WL 2088766, at *2-3 (N.D. Cal. May 5, 2015) ("[C]ourts retain jurisdiction to amend judicial naturalization certificates issued before October 1, 1991"). Accordingly, the Court **GRANTS** Tang's petition to amend her naturalization certificate to reflect her true date of birth - April 9, 1964. The Court directs Tang to paragraph three of USCIS's non-opposition (Dkt. 8) for further direction as to how she may obtain a corrected naturalization certificate from USCIS.

**SO ORDERED.**

Dated: May 26, 2020

SUSAN VAN KEULEN
United States Magistrate Judge